HENRY W. SOMERS, Appellant, *v.* GEORGE D. HARRIS, Respondent.

Reported below, 163 App. Div. 929.
(Argued September 28, 1914; decided October 6, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered June 1, 1914, which reversed a judgment in favor of plaintiff entered upon a decision

of the court on trial at Special Term, and granted a new trial in an action to dissolve a copartnership and for an accounting.

The motion was made upon the ground that the reversal by the Appellate Division was upon questions of fact as well as of law.

*Grant C. Fox* for motion.

*Edgar T. Brackett* opposed.

Motion denied, with ten dollars costs.